March 04, 2011

Mr. Kristopher Edwin Moore
Glasheen, Valles, Inderman & DeHoyos, L.L.P.
422 N. Grant Ave.
Odessa, TX 79761-5156
Mr. Philip A. Lionberger
Office of the Attorney General
Assistant Solicitor General
PO Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 10-0048
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE BILLY JAMES SMITH

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
| | |